# First District Court of Appeal
## State of Florida

_____

No. 1D17-117
_____

STATE OF FLORIDA,

   Appellant,

v.

LEROY LOVERIN MEEKS,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

January 30, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Pamela Jo Bondi, Attorney General, and Michael Shaub, Assistant Attorney General, Tallahassee, for Appellant.

Patrick Michael Megaro of Halscott Megaro, P.A., Orlando, for Appellee.